FILED 12/04/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

SCANNED at WVCF and Emailed on 12.4.23 by SG - 4 pages.
(date) (initials) (num)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

| United States District Court | District | Southern District of Indiana |
|---|---|---|

| Name: Vick L. Johnson | Prisoner No. 963864 | Case No. WVD23-05-0069 |
|---|---|---|

Place of Confinement: Wabash Valley Correctional Facility

Name of Petitioner (include name under which convicted): Vick L. Johnson

v.

Name of Respondent (authorized person having custody of petitioner): Frank Vanihel

The Attorney General of the State of Indiana

2:23-cv-00546-JRS-MJD

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: Wabash Valley Correctional Facility P.O. Box 500 Carlisle, In. 47838

2. Date of Guilt determination: 5-23-2023

3. Sanctions imposed: deprivation of 90 days earned credit time, Credit Class demotion, written Reprimand, loss of Phone, and Messages.

4. Nature of rule infractions involved (all counts): Possession of Electronic device #207

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   (a) Screening Officer Hearing ☐
   (b) Full Hearing ☑

7. Did you testify at your disciplinary hearing?
   Yes ☑  No ☐

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   Yes ☑  No ☐

1

9. If you did appeal, answer the following:

   (a) Name and title of Reviewing Authority: Mike Ellis - Facility Reviewing Authority

   (b) Result: Denied

   (c) Date of result: 7-12-2023

   (d) Grounds raised: Violation of due Process for failing to acknowledge/obtain/use of Robert Townsend statement, Failure to obtain statement from ICI Supervisor Wehrmeyer, and failing to Provide Video evidence which all Points to D.H.O. Pope Not being Impartial.

   (e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

   (1) Name and title of Higher Reviewing Authority: Matthew D. Brown - Appeal Reviewing

   (2) Result: denied

   (3) Date of result: 8/17/2023

   (4) Grounds raised: Failing to acknowledge/obtain/use of Robert Townsend statement, Failing to obtain statement from ICI Supervisor Wehrmeyer, and Failing to Provide Video evidence which all Points to D.H.O. Pope Not being an Impartial hearing officer.

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?

    Yes ☐  No ☑

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

2

12. State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

    CAUTION: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*, 978 F.2d 1057 (7th Cir. 1990) prior to filing this petition.

    (A) GROUND ONE: Violation of due Process, Failing to acknowledge, obtain, or use Robert Townsend Statement.

    SUPPORTING FACTS (state *briefly* without citing cases or law) At the disciplinary hearing, Robert Townsend tried to explain to D.H.O. Pope that the evidence that was Presented in my hearing belonged to him. D.H.O. Pope refused to acknowledge, obtain, or even use R. Townsends oral and written Statement. By doing this D.H.O. Pope was not an Impartial hearing officer.

    (B) GROUND TWO: Violation of due Process for failing to obtain Statement from ICI Foreman Ryan Wehrmeyer.

    SUPPORTING FACTS (state *briefly* without citing cases or law) D.H.O. Pope refused to take, obtain, or even Present Statement from my immediate Supervisor, Ryan Wehrmeyer. Wehrmeyer's Statement would have explained my Job duties and that I had the ability to delete any unknown messages. By refusing to obtain my Supervisor's Statement, D.H.O Pope was not an Impartial hearing officer.

    (C) GROUND THREE: Violation of due Process by Not obtaining Video evidence

    SUPPORTING FACTS (state *briefly* without citing cases or law) Video evidence would have shown that I was Not at the Computer Station where the evidence used to find me guilty came from. This was even explained to the Screening officer Richardson and D.H.O. Pope. D.H.O. Pope said that Video would have been irrelevant. Which clearly shows that D.H.O Pope was NOT an Impartial Hearing officer.

3

AO 241     (Rev.5/85)

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

_____
_____
_____

14. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:
    (a) At Disciplinary hearing: _Hector Ortiz / Lay Advocate_
    (b) At Institutional Level Appeal: _Vick Johnson # 963864_
    (c) At I.D.O.C. Level Appeal: _Vick Johnson # 963864_

WHEREFORE, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_11-27-2023_
DATE

_____
Signature of Petitioner

4