UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| VICK L. JOHNSON, | ) |
|         Plaintiff, | ) |
|         v. | ) No. 2:23-cv-00546-JRS-MJD |
| FRANK VANIHEL, | ) |
|         Defendant. | ) |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT.** The petition for writ of habeas corpus regarding disciplinary proceeding WVD 23-05-0069 is **GRANTED**. This disciplinary conviction must be **vacated**, and the sanctions **rescinded**. Mr. Johnson's sanctioned earned credit time and demotion in earned credit class must be **immediately restored**, and his new release date must be recalculated accordingly.

Date: 4/28/2025

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

_JAMES R. SWEENEY II, JUDGE_
United States District Court
Southern District of Indiana

Distribution:

VICK L. JOHNSON
963864
WABASH VALLEY - CF
Wabash Valley Correctional Facility
Electronic Service Participant – Court Only

Katherine A. Cornelius
INDIANA ATTORNEY GENERAL
Katherine.Cornelius@atg.in.gov